
**FILED**

JUL 3 1 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
      DEPUTY CLERK

1  KEVIN K. CHOLAKIAN (S.B.# 103423)
   VIVIAN LEUNG LERCHE (S.B. # 149984)
2  CHOLAKIAN & ASSOCIATES
3  A Professional Corporation
   5 Thomas Mellon Circle, Suite 105
4  San Francisco, CA 94134
   Telephone: (415) 467-8200
5  Facsimile: (415) 467-8206
6  e-mail: kcholakian@cholakian.net
           vlerche@cholakian.net
7
8  Attorneys for Plaintiff
   CAROLINA CASUALTY INSURANCE COMPANY
9
   JAMES DAVID BURNSIDE III
10 DOWLING AARON & KEELER INC
   8080 N. Palm Avenue, 3rd Floor
11 Fresno, CA 93711
12 Telephone: (559) 432-4500
   Facsimile: (559) 432-4590
13 e-mail: jburnside@daklaw.com

14 Attorneys for Defendants
   A&A TRANSPORT COMPANY, INC.,
15 and JOSE PIMENTEL RODRIGUEZ

16

17                  IN THE UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
18                              FRESNO DIVISION

19

20 CAROLINA CASUALTY INSURANCE    )  Case No.: 1:08-CV-00691-LJO-SMS
   COMPANY,                        )
21                                 )
                Plaintiff,         )  **STIPULATION TO ENTER**
22      vs.                        )  **DEFAULT OF DEFENDANTS A&A**
                                   )  **TRANSPORT COMPANY, INC., AND**
23 ELIZABETH S. ORTIZ, et al.,     )  **JOSE PIMENTEL RODRIGUEZ AND**
                                   )  **FOR WAIVER COSTS**
24              Defendants.        )
                                   )
25                                 )
                                   )  [Hon. Lawrence J. O'Neill]
26                                 )

27      This Stipulation is entered into between Plaintiff CAROLINA CASUALTY

28 INSURANCE COMPANY and Defendants A&A TRANSPORT COMPANY, INC., and JOSE

   PIMENTEL RODRIGUEZ, by and through their attorneys, as follows:

---
1 | STIPULATION TO ENTER DEFAULT OF DEFENDANTS A&A TRANSPORT COMPANY, INC., AND JOSE
    PIMENTEL RODRIGUEZ AND FOR WAIVER COSTS

1     Defendants A&A TRANSPORT COMPANY, INC., and JOSE PIMENTEL
2 RODRIGUEZ, and each of them, hereby appear in this action to stipulate to allow entry of
3 default against them on the First Amended Complaint filed by Plaintiff CAROLINA
4 CASUALTY INSURANCE COMPANY.
5     Accordingly, Plaintiff CAROLINA CASUALTY INSURANCE COMPANY and
6 Defendants A&A TRANSPORT COMPANY, INC., and JOSE PIMENTEL RODRIGUEZ, and
7 each of them, hereby requests that the Court enter default against Defendants A&A
8 TRANSPORT COMPANY, INC., and JOSE PIMENTEL RODRIGUEZ, and each of them, on
9 the First Amended Complaint filed by Plaintiff CAROLINA CASUALTY INSURANCE
10 COMPANY.
11     Plaintiff CAROLINA CASUALTY INSURANCE COMPANY and Defendants A&A
12 TRANSPORT COMPANY, INC., and JOSE PIMENTEL RODRIGUEZ, and each of them,
13 further stipulate to waive costs. Each party shall bear its own costs and attorney's fees.

Date: 7.25.08                                         CHOLAKIAN & ASSOCIATES
                                                                    A Professional Corporation


By__/s/_____
    Kevin K. Cholakian
    Vivian L. Lerche
    Attorneys for Plaintiff
    CAROLINA CASUALTY INSURANCE
    COMPANY


Date:   7.25.08                                        DOWLING AARON & KEELER INC




By___/s/_____
    James David Burnside III
    Attorneys for
    Defendants A&A TRANSPORT COMPANY,
    INC., and JOSE PIMENTEL RODRIGUEZ

## ORDER

GOOD CAUSE APPEARING, and on the request of counsel, IT IS HEREBY ORDERED that the default of Defendants A&A TRANSPORT COMPANY, INC., and JOSE PIMENTEL RODRIGUEZ, and each of them, on the First Amended Complaint filed by Plaintiff CAROLINA CASUALTY INSURANCE COMPANY is hereby entered.

Plaintiff CAROLINA CASUALTY INSURANCE COMPANY and Defendants A&A TRANSPORT COMPANY, INC., and JOSE PIMENTEL RODRIGUEZ, to bear their own costs and attorney's fees.

DATED: July 30, 2008

Honorable Lawrence J. O'Neill