KEVIN K. CHOLAKIAN (S.B.# 103423)
VIVIAN LEUNG LERCHE (S.B. # 149984)
CHOLAKIAN & ASSOCIATES
A Professional Corporation
5 Thomas Mellon Circle, Suite 105
San Francisco, CA 94134
Telephone: (415) 467-8200
Facsimile: (415) 467-8206
e-mail:  kcholakian@cholakian.net
         vlerche@cholakian.net

Attorneys for Plaintiff
CAROLINA CASUALTY INSURANCE COMPANY

JUDITH D. SAPPER, Assistant Chief Counsel (S.B.# 116942)
VERA C. DEMARTINI, Attorney-in-Charge (S.B.# 154197)
JONATHAN M. FIL, Staff Counsel (S.B.# 97187)
ERIC P. JONES, Staff Counsel (S.B.# 188524)
State Compensation Insurance Fund
Corporate Civil Litigation Department
1275 Market St, Third Floor
San Francisco, CA 94103
Telephone: (415) 565-1220
Facsimile: (415) 703-7059
e-mail:  JMFil@scif.com
         epjones@scif.com

Attorneys for Defendant
STATE COMPENSATION INSURANCE FUND,
An Agency of the State of California

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY, <br><br> Plaintiff, <br> vs. <br><br> ELIZABETH S. ORTIZ, et al., <br><br> Defendants. | Case No.:  1:08-CV-00691-LJO-SMS <br><br> **STIPULATION TO DISMISS DEFENDANT STATE COMPENSATION INSURANCE FUND; ORDER** <br><br> **[Hon. Lawrence J. O'Neill]** |

STIPULATION TO DISMISS DEFENDANT STATE COMPENSATION INSURANCE FUND;
[PROPOSED] ORDER

1    This Stipulation is entered into between Plaintiff CAROLINA CASUALTY

2 INSURANCE COMPANY and Defendant STATE COMPENSATION INSURANCE FUND,

3 by and through their attorneys, as follows:

4    Plaintiff CAROLINA CASUALTY INSURANCE COMPANY and Defendant STATE

5 COMPENSATION INSURANCE FUND, and each of them, having settled and released the

6 claims between them, hereby stipulates to dismiss Defendant STATE COMPENSATION

7 INSURANCE FUND, by itself and itself alone, with prejudice, in the above-captioned action

8 pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

9 Date:   August 27, 2008                    CHOLAKIAN & ASSOCIATES
                                             A Professional Corporation
10

11
                                             By: /s/ Vivian L. Lerche
12                                              Kevin K. Cholakian
                                                Vivian L. Lerche
13                                              Attorneys for Plaintiff
                                                CAROLINA CASUALTY INSURANCE
14                                              COMPANY

15

16 Date:  August 27, 2008                    STATE COMPENSATION INSURANCE FUND

17

18

19

20                                           By: /s/ Jonathan M. Fil
                                                Jonathan M. Fil
21                                              Attorneys for Defendant
                                                STATE COMPENSATION
22                                              INSURANCE FUND

23

24

25

26

27

28

---

2          STIPULATION TO DISMISS DEFENDANT STATE COMPENSATION INSURANCE FUND;
                                                              [PROPOSED] ORDER

1

2

## **ORDER**

3

     GOOD CAUSE APPEARING, and on the request of counsel, IT IS HEREBY

4

ORDERED that Defendant STATE COMPENSATION INSURANCE FUND, by itself and

5

itself alone, is dismissed from the above-captioned action, with prejudice.

6

7

8

DATED:_August 29, 2008   __                    __/s/ Lawrence J. O'Neill___

9

                                        Honorable Lawrence J. O'Neill

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO DISMISS DEFENDANT STATE COMPENSATION INSURANCE FUND;
[PROPOSED] ORDER