(SPACE BELOW FOR FILING STAMP ONLY)

**ROBERT GRAY WILLIAMS, #068033**
**PEREZ, WILLIAMS & MEDINA**
ATTORNEYS AT LAW
A PARTNERSHIP INCLUDING A LAW CORPORATION
1432 DIVISADERO
FRESNO, CALIFORNIA 93721
Telephone (559) 445-0123
Facsimile (559) 445-1753

Attorneys for   DIEGO Defendants and Counterclaimants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

-oOo-

| | |
|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> ELIZABETH S. DIEGO, et al., <br><br> Defendants. | Case No. 1:08-CV-00691-LJO-SMS <br><br> ORDER APPOINTING GUARDIAN AD LITEM |

VERONICA DIEGO, individually and as Guardian ad Litem for JOSE ANTONIO DIEGO and ROBERTO DIEGO-JERONIMO, minors, each individually and as Successors in Interest of Aniceto Diego Trujillo, deceased; MARIA GUADALUPE ALFARO VEGA, individually and as Successor in Interest of Gerardo Cortes Cervantes aka Gerardo Cortez, deceased, LIC. MARIA GUADALUPE ALFARO VEGA, individually and as Guardian ad Litem for KARINA ALEJANDRA CORTES ALFARO and LUIS GERARDO CORTES ALFARO, minors, each individually and as Successors in Interest of Gerardo Cortes aka Gerardo Cortez, deceased; MARIA IMELDA MERCADO, individually and as Guardian ad Litem for VICKY NAVA, JOESELYN NAVA and STEPHANIE NAVA, minors, each individually and as Successors in

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Interest of Gabino Nava Sanchez aka Omar Ramirez, deceased; FAVIOLA QUEZADAS DE VELASQUEZ, individually and as Guardian ad Litem for LAURA ALEJANDRA VELASQUEZ QUEZADAS, ALONDRA LIZBETH VELASQUEZ QUEZADAS, JOSE DE JESUS VELASQUEZ-QUEZADA, JOHN VELASQUEZ-QUEZADA, RICHARD VELASQUEZ-QUEZADA and DIEGO EMMANUEL VELASQUEZ-QUEZADA, minors, each individually and as Successors in Interest of Jose Velasquez Martinez, deceased,<br><br>    Counterclaimants,<br><br>v.<br><br>CAROLINA CASUALTY INSURANCE COMPANY, and ROES 1 through 50, inclusive,<br><br>    Counterdefendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

The Petition for an order appointing FAVIOLA QUEZADAS DE VELASQUEZ as Guardian ad Litem of minors, LAURA ALEJANDRA VELASQUEZ QUEZADAS, ALONDRA LIZBETH VELASQUEZ QUEZADAS, JOSE DE JESUS VELASQUEZ-QUEZADA, JOHN VELASQUEZ-QUEZADA, RICHARD VELASQUEZ-QUEZADA, and DIEGO EMMANUEL VELASQUEZ-QUEZADA, is hereby GRANTED.

IT IS SO ORDERED.

Dated:  9/12/2008                                           /s/ SANDRA M. SNYDER
                                                                                   UNITED STATES MAGISTRATE JUDGE

PEREZ, WILLIAMS & MEDINA
ATTORNEYS AT LAW
A PARTNERSHIP INCLUDING A LAW CORPORATION
1432 DIVISADERO
FRESNO, CALIFORNIA 93721
(559) 445-0123

2

PDF created with pdfFactory trial version www.pdffactory.com