KEVIN K. CHOLAKIAN (S.B. # 103423)
VIVIAN LEUNG LERCHE (S.B. # 149984)
CHOLAKIAN & ASSOCIATES
A Professional Corporation
5 Thomas Mellon Circle, Suite 105
San Francisco, CA 94134
Telephone: (415) 467-8200
Facsimile: (415) 467-8206
e-mail:   kcholakian@cholakian.net
             vlerche@cholakian.net

Attorneys for Plaintiff and Counter-Defendant
CAROLINA CASUALTY INSURANCE COMPANY

ROBERT L. PATCH, II (S.B. # 51308)
DAVID T. RICHARDS (S.B. # 234187)
LANG, RICHERT & PATCH
5200 N Palm 4FL
Fresno, CA, 93704
Telephone: (559) 228-6700
Facsimile:  (559) 228-6727
e-mail:  dtr@lrplaw.net

Attorneys for Defendants and Counterclaimants
ORTIZ DEFENDANTS

ROBERT GRAY WILLIAMS (S.B. # 68033)
PEREZ, WILLIAMS & MEDINA
1432 Divisadero
Fresno, CA, 93721
Telephone: (559) 445-0123
Facsimile:  (559) 445-1753
e-mail:  lawyers@pwmfresno.com

Attorneys for Defendants and Counterclaimants
DIEGO, ALFARO, NAVA AND VELASQUEZ DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY, | Case No.:  1:08-CV-00691-LJO-SMS |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING TIME TO COMPLETE NON-EXPERT WITNESS DEPOSITIONS** |
| ELIZABETH S. ORTIZ, et al., | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | **Judge:  Hon.  Lawrence J. O'Neill** |

1    The parties hereby stipulate that the June 30, 2009 deadline for completion of discovery

2    pertaining to non-experts be extended to July 31, 2009.  Due to scheduling conflicts, the parties

3    were unable to complete the following depositions prior to the June 30, 2009 deadline for

4    completion of non-expert discovery:  (1) the Person Most Knowledgeable at Crouse and

5    Associates, (2) Gregory Crouse, (3) the Person Most Knowledgeable at A&A Transport

6    Company, Inc., and (4) Jesse Adams.

7    As such, the parties have agreed to continue the deadline for completion of discovery

8    pertaining to non-experts for the purposes of completing the depositions of (1) the Person Most

9    Knowledgeable at Crouse and Associates, (2) Gregory Crouse, (3) the Person Most

10   Knowledgeable at A&A Transport Company, Inc., and (4) Jesse Adams.

11   Date:   June 23, 2009                              CHOLAKIAN & ASSOCIATES
                                                        A Professional Corporation
12

13
                                                 By:  /s/Vivian Lerche
14                                                     Kevin K. Cholakian
                                                       Vivian L. Lerche
15                                                     Attorneys for Plaintiff and Counter-defendants
                                                       CAROLINA CASUALTY INSURANCE
16                                                     COMPANY

17

18   Date:   June 23, 2009                              LANG, RICHERT & PATCH

19

20                                               By: /s/David Richards
21                                                     Robert L. Patch, II
                                                       David T. Richards
22                                                     Attorneys for Defendants and Counterclaimants
                                                       THE ORTIZ DEFENDANTS
23

24   Date:   June 23, 2009                              PEREZ, WILLIAMS & MEDINA

25

26
                                                 By:  /s/Robert Gray Williams
27                                                     Robert Gray Williams
                                                       Attorneys for Defendants and Counterclaimants
28                                                     DIEGO, ALFARO, NAVA AND VELASQUEZ
                                                       DEFENDANTS

STIPULATION AND [PROPOSED] ORDER CONTINUING TIME TO COMPLETE NON-EXPERT WITNESS DEPOSITIONS
Case No.:  1:08-CV-00691-LJO-SMS

1

**<u>ORDER</u>**

2

GOOD CAUSE APPEARING, it is hereby ordered that the June 30, 2009 deadline for

3

completion of discovery pertaining to non-experts be extended to July 31, 2009.

4

5

6

DATED June 24, 2009:_____/s/ Lawrence J. O'Neill
                                         U.S. District Judge_____

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28