(SPACE BELOW FOR FILING STAMP ONLY)

**ROBERT GRAY WILLIAMS, #068033**
**PEREZ, WILLIAMS & MEDINA**
ATTORNEYS AT LAW
A PARTNERSHIP INCLUDING A LAW CORPORATION
1432 DIVISADERO
FRESNO, CALIFORNIA 93721
Telephone (559) 445-0123
Facsimile (559) 445-1753

Attorneys for   DIEGO Defendants and Counterclaimants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

-oOo-

| | |
|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY, | Case No. 1:08-CV-00691-LJO-SMS |
| Plaintiffs, | STIPULATION AND PROTECTIVE ORDER REGARDING CONFIDENTIAL, SETTLEMENT AGREEMENT |
| v. | |
| ELIZABETH S. ORTIZ, et al., | |
| Defendants. | |
| VERONICA DIEGO, et al., | |
| Counterclaimants, | |
| v. | |
| CAROLINA CASUALTY INSURANCE COMPANY, and ROES 1 through 50, inclusive, | |
| Counterdefendants. | |
| AND OTHER RELATED ACTIONS. | |

Defendants and Counterclaimants, VERONICA DIEGO, individually and as Guardian ad Litem for JOSE ANTONIO DIEGO and ROBERTO DIEGO-JERONIMO, minors, each individually and as Successors in Interest of Aniceto Diego Trujillo, deceased; MARIA

PDF created with pdfFactory trial version www.pdffactory.com

GUADALUPE ALFARO VEGA, individually and as Successor in Interest of Gerardo Cortes Cervantes aka Gerardo Cortez, deceased, LIC. MARTHA ELVIA ROSAS, as Guardian ad Litem for KARINA ALEJANDRA CORTES ALFARO and LUIS GERARDO CORTES ALFARO, minors, each minor individually and as Successors in Interest of Gerardo Cortes aka Gerardo Cortez, deceased; MARIA IMELDA MERCADO, as Guardian ad Litem for VICKY NAVA, JOESELYN NAVA and STEPHANIE NAVA, minors, each individually and as Successors in Interest of Gabino Nava Sanchez aka Omar Ramirez, deceased; FAVIOLA QUEZADAS DE VELASQUEZ, individually and as Guardian ad Litem for LAURA ALEJANDRA VELASQUEZ QUEZADAS, ALONDRA LIZBETH VELASQUEZ QUEZADAS, JOSE DE JESUS VELASQUEZ-QUEZADA, JOHN VELASQUEZ-QUEZADA, RICHARD VELASQUEZ-QUEZADA and DIEGO EMMANUEL VELASQUEZ-QUEZADA, minors, each individually and as Successors in Interest of Jose Velasquez Martinez, deceased, (Diego Defendants/Counterclaimants herein), and ELIZABETH S. ORTIZ, individually and as Guardian ad Litem for KASSANDRA N. ORTIZ and ALEXIS J. ORTIZ, minors; KASSANDRA N. ORTIZ and ALEXIS J. ORTIZ, each individually; ESTATE OF JAVIER ORTIZ FUENTES, by and through its Representative ELIZABETH S. ORTIZ, (Ortiz Defendants/Counterclaimants herein) and Plaintiffs/Counter-defendants, CAROLINA CASUALTY INSURANCE COMPANY, by and through their respective attorneys of record, have reviewed and agreed to the terms of the following Protective Order regarding the production of The General Full Release and Confidentiality Agreement that was executed to settle the Diego Defendants/Counterclaimants' claims and causes of action in the underlying litigation Diego, et. al. v. Rodriguez et. al, designated as Merced County Superior Court Action No. 148462 which was consolidated with Nos. 148921, 149269 and 149540.

All parties agree that this stipulation can be signed in counter-parts.

2

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: July 27, 2009 | PEREZ, WILLIAMS & MEDINA |
| | By  /s/Robert Gray Williams |
| | ROBERT GRAY WILLIAMS, |
| | Attorney for DIEGO Defendants and Counterclaimants |
| | |
| Dated: July 30, 2009 | CHOLAKIAN & ASSOCIATES |
| | By  Kevin K. Cholakian |
| | KEVIN K. CHOLAKIAN, |
| | VIVIAN LEUNG LERCHE, |
| | Attorneys for Plaintiff/Counterdefendant Carolina Casualty Insurance Company |
| | |
| Dated: August 17, 2009 | LANG, RICHERT & PATCH |
| | By  /s/David T. Richards |
| | ROBERT PATCH |
| | Attorney for ORTIZ Defendants and Counterclaimants |

**ORDER**

It appearing to the Court that all counsel of record for the parties to this action have seen and agreed to the terms of a protective order regarding the production of documents of a confidential nature, in order to preserve and maintain the confidentiality of certain documents to be produced in this litigation by Defendant and Counterclaimants, Veronica Diego, et al., (hereinafter "Diego Defendants/Counterclaimants"), and Elizabeth S. Ortiz, et al., (hereinafter "Ortiz Defendants/Counterclaimants"), **THE COURT HEREBY ORDERS** as follows:

3

PDF created with pdfFactory trial version www.pdffactory.com

1   That the terms and contend of The General Full Release and Confidentiality Agreements that were executed to settle the Diego Defendants/Counterclaimants and Ortiz Defendants/Counterclaimants' claims and causes of action in the underlying litigation <u>Diego, et. al. v. Rodriguez et. al,</u> designated as Merced County Superior Court Action No. 148462 which was consolidated with Nos. 148921, 149269 and 149540, "Confidential Material" herein, is to be kept confidential and may not be revealed to any third party except as provided herein without the written consent of the parties to this stipulation or further order of this court.

The subject "Confidential Material" produced in this litigation and the portion of all writings, including the portion of pre-trial court papers, that quote from, summarize, or comment upon such confidential material shall be treated as confidential and used by counsel in the above captioned litigation solely for the litigation of the above captioned case. Persons having access to the Confidential Material shall not disclose or provide the confidential material to any person not authorized under this Protective Order nor revealed to or discussed with any other person or entity, the contents or provisions of the Confidential Material except upon the written permission of the Diego Defendants/Counterclaimants and Ortiz Defendants/Counterclaimants or further order of this court.

This Order does not apply to the offer of or admission into evidence of the Confidential Material at trial or in any evidentiary hearing, nor does it apply for any other purpose under the Federal Rules of Evidence. Such evidentiary issues may be raised as a separate matter upon motion of any party at the time of trial or evidentiary hearing.

Any briefs, transcripts, exhibits, depositions, or documents which are filed or lodged with the Court which comprise, embody, summarize, discuss, or quote from the Confidential Material shall be sealed, unless the parties otherwise agree or the Court otherwise orders.  Such document shall be filed or lodged in sealed envelopes or other appropriately sealed containers. Each sealed

4

PDF created with pdfFactory trial version www.pdffactory.com

envelope or container shall be endorsed with the title and case number of the action and a statement substantially in the following form:

This envelope is sealed pursuant to Order of the Court and contains Confidential Material filed in this action by [name of producing party], and is not to be opened or the contents thereof displayed or revealed except by the Court or upon order of the Court.

The Confidential Material may be shown, disseminated, or disclosed to the following persons:

(a) all attorneys of record for the parties in the above captioned litigation, that have agreed to be bound by this protective order including members of their respective law firms, and any other attorney associated to assist in the preparation of the above captioned case for trial;

(b) all employees of parties' counsel assisting in the preparation of the above captioned case for trial;

(c) experts and consultants retained by the parties for the preparation or trial of the above captioned case;

(d) translators retained by the parties for the preparation or trial of the above captioned case;

(e) the Court, its staff, witnesses, and the jury in the above captioned case;

(f) persons noticed for depositions or designated as trial witnesses to the extent reasonably necessary in preparing said persons to testify; provided, however, that in all such cases the person to whom disclosure is made must be made aware of the existence of this protective order and agree to keep the disclosed Confidential Material confidential.

5

PDF created with pdfFactory trial version www.pdffactory.com

The production of Confidential Material pursuant to this Order is not intended to constitute a waiver of any privilege that may otherwise apply to the production of the Confidential Material.

The inadvertent, unintentional, or in camera disclosure of confidential information shall not, under any circumstances, be deemed a waiver, in whole or in part, of any claim of confidentiality. If inadvertent production of the confidential material is made, all reasonable efforts shall be made to protect the further disclosure of the confidential material.

Upon final disposition (which shall mean for purpose of this Order the exhaustion of all case related appeals) of the above captioned litigation, all copies, including summaries, of Confidential Materials shall be returned to the Diego Defendants/Counterclaimants and Ortiz Defendants/Counterclaimants.

Any court hearing which refers to or describes the Confidential information shall upon the request of any party be held in the Court's discretion in camera.

The District Court shall retain jurisdiction at the conclusion of its proceedings for the purpose of enforcing this agreement between the parties.

So ordered this __25th__ day of __August__, 2009

    /s/ Sandra M. Snyder
SANDRA M SNYDER, MAGISTRATE JUDGE
United States District Court – Eastern District of California

6

PDF created with pdfFactory trial version www.pdffactory.com