IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| CAROLINA CASUALTY INSURANCE COMPANY, | CASE NO. CV F 08-0691 LJO SMS |
|---|---|
| Plaintiff, | **ORDER ON REQUEST FOR LIVE TESTIMONY** |
| vs. | |
| ELIZABETH S. ORTIZ, et al, | |
| Defendants. | |
| and related counter-claims | |

The Court considers a request by plaintiff to present live testimony for the coverage issue set for hearing on December 18, 2009 at 1:30 p.m. in Department 4.

This Court set the coverage issue for decision by cross-motions for summary judgment pursuant to Fed.R.Civ.P. 56 and Local Rules 56-260 and 78-230. This Court does not anticipate the need for live testimony, and before the Court will consider such a need, the requesting party/parties will need to file an offer of proof and a statement explaining why the testimony can not be presented in the usual way: declarations. Such an offer of proof shall include the following for each anticipated witness: (1) the specific issue(s) that the witness will testify to, (2) the substance of the witness' testimony on each issue, (3) the expected duration of the witness' testimony, and (4) why the evidence cannot be presented in declaration form. The offer of proof shall be filed no later than November 9, 2009.

IT IS SO ORDERED.

**Dated:   October 29, 2009**                              **/s/ Lawrence J. O'Neill**
                                                                                UNITED STATES DISTRICT JUDGE

1