1

2

3

4

5

6     **IN THE UNITED STATES DISTRICT COURT**

7     **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9 CAROLINA CASUALTY INSURANCE   CASE NO. CV F 08-0691 LJO SMS
 COMPANY,

10           **ORDER DIRECTING PARTIES TO**
       Plaintiff,    **RESOLVE REMAINING CLAIMS**

11   vs.          **OR PROCEED TO TRIAL**

12 ELIZABETH S. ORTIZ, et al,

13       Defendants.
 _____/

14
 and related counter-claims

15 _____/

16    Following this Court's order granting plaintiff's motion for partial summary judgment, the Court

17 asked the parties to file status reports on the status of the remaining claims in this action.  On January

18 28, 2010, the parties filed status reports which state, in substance, they agree that the ruling "defeats the

19 remaining counts and claims" and the trial date should be vacated.  The parties, however, did not submit

20 a stipulation for dismissal of the claims or otherwise resolve the claims.  The parties submitted a

21 proposed judgment, but the judgment does not dispose of the entire case and all claims.  The Court has

22 not ruled on the remaining claims, and therefore, cannot dismiss the claims.

23    Accordingly, this Court orders the parties to file, within ten days of the service of this Order,

24 either:

25   1.  A stipulation resolving the remaining claims; or

26   2.  A status report stating they cannot agree on the remaining claims, and confirming the

27      trial date of April 7, 2010.

28

               1

Further, the parties have asked that the Court "state" who is the "prevailing party" in this matter. The Court will not make a statement of who is or who is not the "prevailing party," unless and until the appropriate motion is filed that would require the Court to make such a finding.

IT IS SO ORDERED.

**Dated:**    **January 29, 2010**            **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE