# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| CAROLINA CASUALTY INSURANCE COMPANY, | CASE NO. CV F 08-0691 LJO SMS |
|---|---|
| Plaintiff, | **ORDER ON REQUEST FOR CLARIFICATION** |
| vs. | |
| ELIZABETH S. ORTIZ, et al, | |
| Defendants. | |

and related counter-claims
_____/

On February 9, 2010, plaintiff filed a request seeking clarification (Doc. 170) of the Court's order to resolve remaining claims. (Doc. 169.)

The Court herein clarifies its prior order. The Court is not ordering a stipulation to dismiss, but rather is ordering that the parties either file a stipulation dismissing the remaining claims as a settlement so that judgment may be entered, or file a statement confirming the trial currently set for April 7, 2010. In sum, the case is either ready for dismissal or trial confirmation, and the Court needs to know which it is for crowded calendar purposes.

.

IT IS SO ORDERED.

**Dated:  February 11, 2010**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1