LAW OFFICES OF
**CHOLAKIAN & ASSOCIATES**
A PROFESSIONAL CORPORATION
400 OYSTER POINT BLVD., SUITE 415
SO. SAN FRANCISCO, CALIFORNIA 94080

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> ELIZABETH S. ORTIZ, et al. <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No.: 1:08-CV-00691-LJO-SMS <br><br> **JUDGMENT IN FAVOR OF PLAINTIFF AND COUNTER-DEFENDANT CAROLINA CASUALTY INSURANCE COMPANY** |

Following the Order of January 4, 2010 [Doc. 164] on Cross-Motions for Summary Adjudication on the Issue of Insurance Coverage whereby the Court granted the Motion of Plaintiff and Counter-Defendant, CAROLINA CASUALTY INSURANCE COMPANY ("Carolina Casualty"), and denied the Motions of Defendants and Counterclaimants ELIZABETH S. ORTIZ, individually and as Guardian Ad Litem for KASSANDRA N. ORTIZ and ALEXIS J. ORTIZ, minors; KASSANDRA N. ORTIZ and ALEXIS J. ORTIZ, each individually; ESTATE OF JAVIER ORTIZ FUENTES, by and through its Representative ELIZABETH S. ORTIZ (collectively, the "Ortiz Defendants"), and Defendants and Counterclaimants VERONICA DIEGO, individually and as Guardian Ad Litem for JOSE ANTONIO DIEGO and ROBERTO DIEGO-JERONIMO, minors; JOSE ANTONIO DIEGO and ROBERTO DIEGO-JERONIMO, each individually and as Successors in Interest of Aniceto Diego Trujillo, deceased; MARIA GUADALUPE ALFARO VEGA, individually and as Guardian ad Litem for KARINA ALEJANDRA CORTES ALFARO and LUIS GERARDO CORTES ALFARO, minors, each individually and as Successors in Interest of Gerardo Cortes

Cervantes, a.k.a. Gerardo Cortez, deceased; MARIA IMELDA MERCADO individually and as Guardian Ad Litem for VICKY NAVA, JOESELYN NAVA and STEPHANIE NAVA, minors; VICKY NAVA, JOESELYN NAVA and STEPHANIE NAVA, each individually and as Successors in Interest of Gabino Nava Sanchez a.k.a. Omar Ramirez, deceased; FAVIOLA QUEZADAS DE VELASQUEZ, individually and as Guardian ad Litem for LAURA ALEJANDRA VELASQUEZ QUEZADAS, ALONDRA LIZBETH VELASQUEZ QUEZADAS, JOSE DE JESUS VELASQUEZ-QUEZADA, JOHN VELASQUEZ-QUEZADA, RICHARD VELASQUEZ-QUEZADA and DIEGO EMMAUEL VELASQUEZ-QUEZADA, minors; LAURA ALEJANDRA VELASQUEZ QUEZADAS, ALONDRA LIZBETH VELASQUEZ QUEZADAS, JOSE DE JESUS VELASQUEZ-QUEZADA, JOHN VELASQUEZ-QUEZADA, RICHARD VELASQUEZ-QUEZADA and DIEGO EMMAUEL VELASQUEZ-QUEZADA, each individually and as Successors in Interest of Jose Valasquez Martinez, deceased (collectively, the "Diego Defendants"), and the pretrial conference on February 23, 2010, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. Judgment is hereby entered upon the Court's Order of January 4, 2010 on Cross Motions for Summary Adjudication on the Issue of Insurance Coverage. [Doc. 164.] Insurance coverage was not afforded under Carolina Casualty's policy numbered CTP 3398 30 to A&A Transport Company, Inc. ("A&A Transport") as an additional insured for the claims and action against A&A Transport and its employee Jose Pimental Rodriguez for the injuries and damages arising out of the accident on August 10, 2005.

2. The adjudication on insurance coverage renders the remaining counts and claims moot.

3. The remaining counts and claims of the Ortiz Defendants and the Diego Defendants are parasitic in nature and dependent on a finding of coverage. These counts and claims are not viable absent the establishment of coverage.

4. Carolina Casualty's alternate Claim for Reformation is moot in light of the Court's adjudication that insurance coverage was not afforded under Carolina Casualty's policy numbered CTP 3398 30 to A&A Transport as an additional insured for the claims and action

against A&A Transport and its employee Jose Pimental Rodriguez for the injuries and damages arising out of the accident on August 10, 2005.

5. Therefore, pursuant to the authority of *Portsmouth Square, Inc. v. Shareholders Protective Committee*, 770 F.2d 866, 869 (9th Cir. 1985), and *Celotex Corp. v. Catrett*, 477 U.S. 317, 326 (1986), and the waiver by all parties of notice of the Court's intention to consider granting summary judgment at the pretrial conference, IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Summary Judgment is entered *sua sponte* in favor of Carolina Casualty, and against the Ortiz Defendants and the Diego Defendants, as to the entire action.

6. In the event that this Court's adjudication on insurance coverage is reversed on appeal, each of the remaining counts and claims, i.e., the Ortiz and Diego Defendants' Claim for Breach of the Implied Covenant of Good Faith and Fair Dealing and Claim for Negligent Misrepresentation, and Carolina Casualty's alternate Claim for Reformation, shall be resuscitated.

DATED: March 11, 2010_

        _____/s/ Lawrence J. O'Neill_____
        Hon. Lawrence J. O'Neill
        United States District Judge

Approved as to form:

Dated: 3/05/10  CHOLAKIAN & ASSOCIATES
 A Professional Corporation


By: /s/ Vivian L. Lerche (as authorized on 3/5/10)
 Kevin K. Cholakian
 Vivian L. Lerche
 Attorneys for Plaintiff and Counter-Defendant
 CAROLINA CASUALTY INSURANCE
 COMPANY

Dated: 3/05/10  LANG, RICHERT & PATCH


By: /s/ David T. Richards (as authorized on 3/5/10)
 Robert L. Patch, II
 David T. Richards
 Attorneys for Defendants and Counterclaimants
 THE ORTIZ DEFENDANTS

Dated: 3/05/10  PEREZ, WILLIAMS & MEDINA


By: /s/ Robert Gray Williams (as authorized on 3/5/10)
 Robert Gray Williams
 Attorneys for Defendants and Counterclaimants
 DIEGO, ALFARO, NAVA AND VELASQUEZ
 DEFENDANTS

LAW OFFICES OF
CHOLAKIAN & ASSOCIATES
A PROFESSIONAL CORPORATION
400 OYSTER POINT BLVD., SUITE 415
SO. SAN FRANCISCO, CALIFORNIA 94080