1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY, | CASE NO. CV F 08-0691 LJO SMS |
| Plaintiff, | **ORDER TO CLOSE CASE** |
| vs. | |
| ELIZABETH S. ORTIZ, et al, | |
| Defendants. | |
| _____/ | |
| and related counter-claims | |
| _____/ | |

   The Ninth Circuit has issued its mandate affirming the actions of this trial court.  Accordingly,

this Court DIRECTS the clerk of court to close this action administratively.

IT IS SO ORDERED.

**Dated:**   **June 16, 2011**       **/s/ Lawrence J. O'Neill**
                 UNITED STATES DISTRICT JUDGE